Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Hallie Makrakis (SBN 339004)
hmakrakis@hoyerlaw.com
HOYER & HICKS
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiff
YIHUI CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIHUI CHEN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>TIGERGRAPH, INC., a Delaware Corporation,<br><br>                    Defendant, | Case No. 3:23-cv-01397-SK<br><br>**Notice of Dismissal of Entire Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)**<br><br>Filed Date: March 24, 2023<br>Trial Date:   None Set |

## **NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff YIHUI CHEN hereby provides the Court notice that the above-captioned action is voluntarily dismissed by Plaintiff and his individual claims shall be dismissed with prejudice. Defendant has not filed an answer or motion for summary judgment in this action. As no class has been certified, it

NOTICE OF DISMISSAL                                                                                                              1

would be improper for Plaintiff to purport to dismiss the case "on behalf of all others similarly situated." Therefore, only the Plaintiff's individual claims can be dismissed with prejudice.

This will conclude the matter and Plaintiff respectfully requests that the Court direct the Clerk to close the file.

Date: September 15, 2023                HOYER & HICKS

/s/ Ryan L. Hicks
Richard A. Hoyer
Ryan L. Hicks
Hallie Makrakis
*Attorneys for Plaintiff*
YIHUI CHEN